FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JUN 21  A 11: 54

DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re:

**PAUL S. SCHOFIELD**
**KELLI SCHOFIELD,**
    Debtor(s)

Bankruptcy No. 08-26526
(Chapter 7)
Judge R. Kimball Mosier

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

\_\_\_ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Alsco<br>314 South Fourth Street<br>Laramie, WY 82070 | $0.53 |
| | City of Loveland Water and Power<br>PO Box 3500<br>Loveland, TX 80539-3500 | $0.03 |
| | Northern Colorado Paper<br>295 - 71st Ave<br>Greeley, CO 80634 | $0.62 |



       Advantage Bank                                                     $3.36
       c/o Brent Coan
       Otis Coan & Peters
       1812 56th Ave
       Greeley, CO 80634

       Sysco Food Service of Denver                         $0.26
       Steven W. Kelly
       1801 York Street
       Denver, CO 80206

Two checks totaling the amount of $4.80 representing said funds are payable to the United States Bankruptcy Court, and is attached hereto.

DATED the 16 day of June, 2010

DAVID L. MILLER
Chapter 7 Trustee